**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LIGHTING SCIENCE GROUP CORPORATION,

Plaintiff,

v.

HYPERIKON, INC.,

Defendant.
_______________________________/

Case No.: 6:16-cv-343-Orl-37GJK

JURY DEMANDED

**STIPULATED NOTICE OF SETTLEMENT AND DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff, Lighting Science Group Corporation ("Plaintiff"), and Hyperikon, Inc., ("Defendant") (Plaintiff and Defendant collectively referred to as "Parties") pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and Local Rule 3.08, and move this Court for an order dismissing all claims set forth in the Amended Complaint (Dkt. 34) in this action, with prejudice, and in further support thereof states as follows:

1. Plaintiff filed its Complaint (Dkt. 1) against Defendant, on February 26, 2016.

2. Plaintiff filed its Amended Complaint against Defendant, on August 10, 2016 (Dkt. 34).

3. Defendant filed its Answer on August 24, 2016 (Dkt. 36).

4. The Parties have resolved all disputes between them with regard to the issues contained in Plaintiff's Amended Complaint, and have entered into a settlement agreement.

5. The Parties, by entering into a settlement agreement, and agreeing to dismiss this action, waive their rights to appeal from or otherwise challenge the dismissal of this action.

WHEREFORE, the Parties hereby move this Court for an order:

1. Dismissing all claims in this action contained in Plaintiff's Amended Complaint, with prejudice, with each party bearing its own costs, expenses and attorney's fees; and
2. An order that the Parties' have waived their right to appeal or otherwise challenge the dismissal of this action.

Dated: September 13, 2016.

*/s/ Mark F. Warzecha*
Mark F. Warzecha, Esq.
Florida Bar No. 0095779
**WIDERMAN MALEK, PL**
1990 W. New Haven Avenue, Suite 201
Melbourne, Florida 32904
Telephone: 321-255-2332
Facsimile: 321-255-2351
MFW@USLegalTeam.com
**Attorneys for Plaintiff**

*/s/ Edward M. Mullins*
Edward M. Mullins (Fla. Bar No. 863920)
emullins@astidavis.com
Ana Maria Barton (Fla. Bar No. 85721)
1001 Brickell Bay Drive, Ninth Floor
Miami, Florida 33131
Tel: (305) 372-8282
Fax: (305) 372-8202

David C. Radulescu
Tigran Vardanian
RADULESCU LLP
The Empire State Building
350 5th Avenue, Suite 6910
New York, NY 10118
Tel: (646) 502-5950
Fax: (646) 502-5959
david@radulescullp.com
tigran@radulescullp.com
**Attorneys for Defendant**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 13, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I further certify that the foregoing document is being served this date on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Mark F. Warzecha*
Mark F. Warzecha, Esq.